# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3419

_____

Kathy L. Loeckle,                                   *
                                                    *
              Appellant,                            *
                                                    *    Appeal from the United States
       v.                                           *    District Court for the Northern
                                                    *    District of Iowa.
State Farm Mutual Automobile                        *
Insurance Company; State Farm Fire &                *         [UNPUBLISHED]
Casualty Company,                                   *
                                                    *
              Appellees.                            *

_____

Submitted:  April 10, 2000

Filed:  April 25, 2000

_____

Before McMILLIAN and FAGG, Circuit Judges, and ROSENBAUM,[*] District Judge.

_____

PER CURIAM.

Kathy L. Loeckle appeals the district court's adverse grant of summary judgment on Loeckle's disability and age-based employment discrimination lawsuit. Loeckle contends on appeal that the district court applied the wrong standard in determining Loeckle was an employee of State Farm Fire & Casualty Company and was not an

_____

[*]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, sitting by designation.

employee of State Farm Automobile Insurance Company. Even assuming the district court did not apply the appropriate standard, we see no reversible error because the undisputed evidence presented at summary judgment establishes that Loeckle was an employee only of State Farm Fire & Casualty Company. Because the parties' materials show they are thoroughly familiar with the issues before the court, we also conclude that an extensive discussion is unnecessary. Having carefully reviewed the record and the parties' submissions, we believe the district court correctly granted summary judgment. We thus affirm without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.